# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:                                Case No. 2:18-mc-2

LAWRENCE W. BERMAN         Judge Michael H. Watson
                                         Magistrate Judge Jolson

## ORDER

On January 24, 2018, Magistrate Judge Jolson, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending that the Court dismiss this action for failure to prosecute. R&R, ECF No. 4.

The R&R advised the parties of their right to file objections to the same and specifically advised that the failure to timely object would result in a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal the decision of the District Court. *Id.* at 3. The time for filing objections has passed, and none were filed.

Having received no objections, the Court **AFFIRMS** and **ADOPTS** the R&R and **DISMISSES** Plaintiff's Complaint. The Clerk is **DIRECTED** to terminate this case.

**IT IS SO ORDERED.**

                                             */s/ Michael H. Watson*
                                             **MICHAEL H. WATSON, JUDGE**
                                             **UNITED STATES DISTRICT COURT**